# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  16-56019 |
| Holly A. Coleman | : | Chapter 13 |
| Debtor. | : | Judge John E. Hoffman Jr. |

## NOTIFICATION OF NEW ADDRESS OF DEBTOR

Attorney, Katherine B. Brewer, hereby notifies the court of the above referenced Debtor's new address:

**2200 Bruce Road**
**Apartment 127**
**Delaware, OH 43015**

Respectfully Submitted,

/s/ Katherine B. Brewer
Katherine B. Brewer (0087822)
Wood & Brewer, LLC
470 Olde Worthington Rd, Ste. 200
Westerville, OH 43082
Counsel for Debtor(s)
(614) 410-6878 – Direct Office
(888) 560-1002 – Fax
kbrewer@woodbrewerlaw.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Change of Address was served **electronically** on the date of filing through the Court's ECF system on all ECF participants registered in this case at the email address registered with the court.

        Respectfully Submitted,

        /s/ Katherine B. Brewer
        Katherine B. Brewer (0087822)
        Wood & Brewer, LLC
        470 Olde Worthington Rd, Ste. 200
        Westerville, OH 43082
        Counsel for Debtor(s)
        (614) 410-6878 – Direct Office
        (888) 560-1002 – Fax
        kbrewer@woodbrewerlaw.com
        Attorney for Debtor